UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
LIBERTY PETROLEUM, LLC,   Case No.: 17-CV-00473-NGG-RML

                Plaintiff,   ~~PROPOSED~~ **ORDER**

-against-

REMSEN GAS INC., KULDIP KULLAR, EULDIP KULLAR, GUR PETROLEUM INC. GURDAWAR SINGH, 971 PROPERTY INC. and RAJBIR SINGH,

                Defendants.
----------------------------------------------------------------x

## ~~STIPULATED~~ ORDER FOR DISMISSAL

The plaintiff Liberty Petroleum, Inc. (hereinafter "LP") and the defendants Remsen Gas, Inc., Mr. Kuldip Kullar, 971 Property, Inc., and Mr. Rajbir Singh (hereinafter "Remsen") having come to an amicable settlement of this litigation and having moved dismissal with prejudice of this action, it is hereby:

**ORDERED** that the Defendants Remsen are hereby ordered to remove all signage bearing the mark "LIBERTY" from the gasoline service station and convenience store located at 971 Remsen Avenue, Brooklyn, New York 11236 by July 31, 2017, and to refrain from using the mark "LIBERTY" in association with future sales of petroleum products or convenience store services; and it is further

**ORDERED** that both the plaintiff LP and the defendants Remsen are further ordered to adhere to all other of the terms and conditions of the attached Settlement Agreement; and it is further

**ORDERED** that this matter is hereby dismissed with prejudice.

DATED: 8/18, 2017

So ordered:

s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis, U.S.D.J.